```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 06390
   TINA M YOUNG
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-1815
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

The case was filed on 04/10/2007 and was not confirmed.

The case was dismissed without confirmation 07/26/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 19872.38 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF EMPLOYM | SPECIAL CLASS | 2979.00 | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 389.48 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 699.43 | .00 | .00 |
| CARL B BOYD | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 10/23/07         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```